UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff/Respondent,<br><br>vs.<br><br>VO DUONG TRAN,<br>    Defendant/Petitioner. | No. SACR 08-197-AG<br>    SACV 14-605-AG<br><br>ORDER EXTENDING TIME<br>FOR FILING OF<br>PETITIONER'S REPLY |

SUFFICIENT GOOD CAUSE HAVING BEEN SHOWN, Petitioner shall file his reply on or before November 2, 2015.

DATED: July 29, 2015              _____

                                  HONORABLE ANDREW GUILFORD
                                  U.S. DISTRICT JUDGE

Presented By:
*Mary Gibbons*
Attorney for Petitioner
Vo Duong Tran